sak / 4

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  ROBERT E GORDON                                            Case No:   5:10-bk-75025 B

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Comes now Joyce Bradley Babin, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1.  11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors is inconsistent with disposable income.  **The Debtor testified that his girlfriend's car payment will cease in approximately three years.  The Debtor will need to modify his plan to provide for step payments.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Joyce Bradley Babin , Standing Chapter 13 Trustee prays:
1.  That the Court set this objection for a hearing.
2.  That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny      confirmation    and grant the debtor a reasonable time in which to submit a modified plan.
3.  That the Chapter 13 Trustee be granted such other and further relief to which she may be entitled.

Dated:  11/12/2010                                        _____/s/  Joyce Bradley Babin_____

                                                                              CHAPTER 13 TRUSTEE

cc:      Robert E Gordon
         1106 Karena St
         Springdale, AR  72762

         David Nixon
         2340 Green Acres Road
         Suite 112
         Fayetteville, AR  72703